# LEVINE LEE LLP
## NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

August 19, 2020

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: August 20, 2020
New York, New York

Re:   *Carbon Investment Partners, LLC, et al. v. Bressler*, No. 20-CV-03617 (ER)

Dear Judge Ramos:

We represent Defendant Shira Bressler in the above-referenced matter. Pursuant to Your Honor's Individual Practices Rule 3.ii., we respectfully request permission to file the Declaration of Seth L. Levine in Support of Defendant's Motion to Dismiss and its accompanying Exhibit under seal. We conferred, and at Plaintiffs' request we are seeking leave to file the Exhibit under seal to allow them to make an application as to whether the Declaration and Exhibit should remain sealed. Ms. Bressler respectfully reserves all her rights on the issue of whether there is a basis to seal the Exhibit.

Respectfully submitted,

/s/ Seth L. Levine
Seth L. Levine
Ellen H. Sise

cc: Counsel for Plaintiffs (via ECF)