**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARBON INVESTMENT PARTNERS, LLC AND CARBON MASTER FUND, L.P., <br><br> *Plaintiffs,* <br><br> v. <br><br> SHIRA BRESSLER, <br><br> *Defendant.* | ECF Case <br><br> Case No.: 20-cv-03617-ER <br><br> **ORDER OF WITHDRAWAL OF APPEARANCE OF ELLEN H. SISE** |

Pursuant to Local Civil Rule 1.4, Defendant Shira Bressler ("Defendant"), by and through her counsel Levine Lee LLP ("Levine Lee"), respectfully requests the withdrawal of the appearance of Ellen H. Sise as counsel on Defendant's behalf. Defendant further requests that the email address esise@levinelee.com be removed from the ECF service notification list for this case.

Levine Lee has represented Defendant throughout this action and will continue to do so. Ms. Sise is no longer affiliated with Levine Lee and will not continue to represent Defendant in this case. Ms. Sise's withdrawal will not affect the posture of this action. Ms. Sise is not asserting a retaining or charging lien.

Dated: October 14, 2020

          Respectfully Submitted,

          /s/ Seth L. Levine
          Seth L. Levine

          **LEVINE LEE LLP**
          650 Fifth Avenue, 13th Floor
          New York, New York 10019
          Telephone: (212) 223-4400
          Facsimile: (212) 223-4425
          slevine@levinelee.com

          *Attorneys for Shira Bressler*

**SO ORDERED:**

Dated: 10/14/2020

          The Honorable Edgardo Ramos
          United States District Judge