UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARBON INVESTMENT PARTNERS, LLC
and CARBON MASTER FUND, L.P.,

               Plaintiffs,

– against –

SHIRA ELIZABETH BRESSLER,

               Defendant.

**ORDER**

20 Civ. 3617 (ER)

Ramos, D.J.

    Plaintiffs brought this fraud action on May 8, 2020.  Doc. 1.  On August 19, 2020, Defendant filed a motion to dismiss the complaint.  Doc. 18.  On September 9, 2020, Plaintiffs filed an amended complaint.  Docs. 25.  Defendant then filed a motion to dismiss the amended complaint on November 6, 2020.  Doc. 41.

    Accordingly, Defendant's original motion to dismiss is now moot.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 18.

Dated:    February 9, 2021
             New York, New York

                                                        Edgardo Ramos, U.S.D.J.