# LEVINE LEE LLP
## NEW YORK

**MEMO ENDORSED**

5 Columbus Circle, 11th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

September 15, 2021

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Defendant's request for an extension of time to October 15, 2021 to file an answer is granted.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 09/15/2021
> New York, New York

Re:   *Carbon Investment Partners, LLC, et al. v. Bressler*, No. 20-CV-03617 (ER)

Dear Judge Ramos:

We represent Defendant Shira Bressler in the above-captioned matter.

We respectfully submit this letter, pursuant to Rule 1.E of Your Honor's Individual Practices, to request an adjournment of Ms. Bressler's deadline to file an answer from September 22, 2021, to October 15, 2021. This is the first request for such an extension. We submit this request to provide for additional time to prepare an answer and to allow the parties to confer regarding a potential resolution of this matter. Plaintiffs consent to this request.

Respectfully submitted,

/s/ Seth L. Levine
Seth L. Levine

cc:  Counsel for Plaintiffs (via ECF)